No opinion. Order affirmed, without costs, without prejudice to application by plaintiff to compel, upon proper demand, the payment of the alimony unpaid since July 1, 1914. Order filed.

---

FOGARTY, Respondent, v. NEW YORK DOCK CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Joseph Fogarty against the New York Dock Company. No opinion. Order affirmed, with $10 costs and disbursements, which may be set off against the former judgment, upon the ground that the defendant, by participating in the progress of this action, has waived its right to the stay. See, also, 157 App. Div. 924, 142 N. Y. Supp. 625.

---

FORD v. JOHN WANAMAKER. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Emily M. Ford against John Wanamaker. No opinion. Motion denied, with $10 costs, without prejudice to a motion at Special Term. Order filed. See, also, 165 App. Div. 284, 150 N. Y. Supp. 795.

---

FORD, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Alice Ford, as administratrix, against the New York, New Haven & Hartford Railroad Company. J. W. Carpenter, of Brooklyn, for appellant. T. J. O'Neill, of Yonkers, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

FT. STANWIX CANNING CO., Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by the Ft. Stanwix Canning Company against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

FOX, Appellant, v. MULLIGAN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by William Fox against Lawrence Mulligan and another. S. E. Rogers, of New York City, for appellant. E. Blumenstiel, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

FREAR v. LEWIS et al. (Supreme Court, Appellate Division, Second Department. June 18, 1915.) Action by Frank B. Frear against Alfred H. Lewis and another. No opinion. Motion granted, without costs. See, also, 166 App. Div. 210, 151 N. Y. Supp. 486.

---

FREEMAN, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Louis Freeman against the Long Island Railroad Company.

PER CURIAM. The parties hereto having stipulated in open court that a justice may be substituted in place of Burr, J., deceased, Mr. Justice Mills was so substituted. Judgment unanimously affirmed, with costs.

---

FREEMAN, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Robert J. Freeman, an infant, by Louis Freeman, his guardian ad litem, against the Long Island Railroad Company.

PER CURIAM. The parties hereto having stipulated in open court that a justice may be substituted in place of Burr, J., deceased, Mr. Justice Mills was so substituted. Judgment unanimously affirmed, with costs.

---

FRIBOURG v. EMIGRANT INDUSTRIAL SAVINGS BANK. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Louisa Fribourg against Emigrant Industrial Savings Bank. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 88 Misc. Rep. 282, 151 N. Y. Supp. 807.

---

FRIED v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Oscar Fried against the New York, New Haven & Hartford Railroad Company. No opinion. Motion denied, without costs. See, also, 150 N. Y. Supp. 1086.

---

FRIED, Appellant, v. NEW YORK, N. H. & H. R. Co., Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Oscar Fried against the New York, New Haven & Hartford Railroad Company. Appeal No. 1. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1115.

---

FRIED, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Oscar Fried against New York, New Haven & Hartford Railroad Company. (Appeal No. 2.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1115.

---

GAROFANO, Respondent, v. COVINO et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Action by James Garofano, as administrator, etc., against Vincenzo Covino and Sabino Guarino. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 153 N. Y. Supp. 1115.

---

GAROFANO, Respondent, v. COVINO et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Ac-